United States Cou---
---n District of
ENTERED

MAY 1 6 20

Michael N. Milby,

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION, | § § § | MDL 1446 |
| MARK NEWBY, ET AL., Plaintiffs VS. ENRON CORPORATION, ET AL., Defendants | § § § § § § § § § | CIVIL ACTION NO. H-01-3624 AND CONSOLIDATED CASES |
| PIRRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively On Behalf of ENRON CORPORATION, ET. AL., Plaintiffs VS. KENNETH LAY, ET AL., Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. H-01-3645 AND CONSOLIDATED CASES |
| PAMELA M. TITTLE, on behalf of herself and a class of persons similarly situated, ET AL., Plaintiffs VS. ENRON CORP., an Oregon Corporation, ET AL., Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-01-3913 AND CONSOLIDATED CASES |

ORDER

Pending before the Court in the <u>Newby</u> case is a Stipulation (Instrument #729) filed by the parties in G-02-299, recently consolidated into H-01-3624, that states that they have



agreed to an extension until June 12, 2002 of the deadline for Defendant J.P. Morgan Chase & Co. to respond to Lead Plaintiff's amended consolidated class action complaint.

The Court admonishes these parties and all others in these consolidated actions that they may not modify scheduling deadlines by stipulation, but must request leave of Court for any changes.

Nevertheless, because G-02-299 was consolidated into H-01-3624 just this week, too late to comply with the existing response deadline, and because it would be inequitable to deny an extension, the Court

ORDERS that Defendant J.P. Morgan Chase & Company shall file a responsive pleading no later than June 12, 2002.

SIGNED at Houston, Texas, this 16th day of May, 2002.

                              MELINDA HARMON
                  UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST: 5/16/02
MICHAEL N. MILBY, CLERK
By_____
        Deputy Clerk