United States Courts
Southern District of Texas
ENTERED

MAR 1 2 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § MDL Docket No. 1446 § § Civil Action No. H-01-3624 § **(Consolidated)** § § CLASS ACTION |
| This Document Relates To: | |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| vs. | |
| ENRON CORP., et al., | |
| Defendants. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| vs. | |
| KENNETH L. LAY, et al., | |
| Defendants. | |

[Caption continued on next page]

**SCHEDULING ORDER**

| | | |
|---|---|---|
| PAMELA M. TITTLE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ENRON CORP., et al., <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. H-01-3913 |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENRON CORP., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW S. FASTOW, MICHAEL J. KOPPER, BEN GLISAN, JR., RICHARD B. BUY, RICHARD A. CAUSEY, JEFFREY K. SKILLING, KENNETH L. LAY, JEFFREY McMAHON, JAMES V. DERRICK, JR., KRISTINA M. MORDAUNT, KATHY LYNN, ANNE YAEGER-PATEL, ARTHUR ANDERSEN, LLP, AND CARL FASTOW, AS ADMINISTRATOR OF THE FASTOW FAMILY FOUNDATION, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. H-04-0091 |

[Caption continued on next page]

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR,<br><br>                      Plaintiff,<br><br>vs.<br><br>ENRON CORP., et al.<br><br>                      Defendants. | § Civil Action No. H-03-2257<br>§ (Consolidated with H-01-3913)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Since the first scheduling conference in February 2002, the original *Tittle* and *Newby* actions have been expanded and augmented with the addition of new actions and new parties. As it was two years ago, the Court remains dedicated to giving all parties their day in court and an efficient resolution of these cases. After lengthy collegial negotiations, the parties in the cases consolidated and coordinated for discovery have agreed to and the Court has signed the Deposition Protocol Order. The parties have proposed an aggressive but workable schedule, beginning with 18 months of fact discovery. The Court considers the scheduled dates to be *firm* dates, which are not subject to change without sufficient reason.

ORDERED that the Pretrial-Scheduling Order, which shall apply to the *Tittle* and *Newby* actions and those consolidated and coordinated cases for discovery purposes, shall be as follows:

| | |
|---|---|
| Depositions of fact witnesses in *Newby*, *Tittle*, and the consolidated and coordinated actions, as governed by the Deposition Protocol Order, commence | Wednesday, June 2, 2004 |
| Deadline to join new parties or to file a third-party complaint or cross complaint/claims | Monday, August 2, 2004 |
| All fact discovery, including, without limitation, document, deposition, and third-party discovery, completed by | Wednesday, November 30, 2005 |
| Plaintiffs' expert witnesses named and comprehensive reports of their opinions furnished by | Tuesday January 3, 2006 |
| Defendants' expert witnesses named and comprehensive reports of their opinions furnished by | Tuesday, February 21, 2006 |
| Plaintiffs' rebuttal expert witnesses named and their comprehensive opinion reports furnished by | Friday, March 17, 2006 |
| Expert discovery completed by | Friday, April 14, 2006 |
| Motions for summary judgment in *Newby* and *Tittle* may be filed up to | Monday, May 15, 2006 |

- Opposition to a summary-judgment motion filed before Friday, April 14, 2006 is due 45 days after the date the motion is filed.
- Opposition to a summary-judgment motion filed after April 14, 2006 is due by Friday, June 30, 2006.
- All replies are due 30 days after the opposition is filed.

1

| | |
|---|---|
| Joint Pretrial Orders in *Newby* and *Tittle* filed by [Plaintiffs responsible for filing order timely] | Friday, September 15, 2006 |
| Pretrial Conferences at 1:30 p.m. on | October 2, 2006 |
| Trials begin at 9:00 a.m. on | October 16, 2006 |

As to consolidated, related and coordinated cases not currently proceeding under the controlling *Newby* and *Tittle* consolidated complaints, the Court's ruling in Part I of the July 11, 2003 Scheduling Order will govern the schedule for those cases.

SO ORDERED this 11th day of March, 2004.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

S:\PleadingsSD\Enron\Discovery\scheduling order.doc

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing SCHEDULING ORDER document has been served by sending a copy via electronic mail to serve@ESL3624.com on this March 8, 2004.

I further certify that a copy of the foregoing SCHEDULING ORDER document has been served via overnight mail on the following parties, who do not accept service by electronic mail on this March 8, 2004.

Carolyn S. Schwartz
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

_____
Mo Maloney