United States Court
Southern District of T
ENTERED
JUN 08 200
Michael N. Milby, Clerk of

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Enron Corporation Securities, Derivative & "ERISA" Litigation | § | MDL-1446 |
| MARK NEWBY, ET AL., Plaintiffs VS. ENRON CORPORATION, ET AL., Defendants | § | CIVIL ACTION NO. H-01-3624 CONSOLIDATED CASES |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, Plaintiffs, VS. KENNETH L. LAY, et al., Defendants. | § | |
| In re: LJM2 Co-Investment, L.P. Debtor. | § | Chapter 11 |
| LJM2 CO-INVESTMENT L.P., Through its successor, The LJM2 Creditors Liquidation Trust, Plaintiff, VS. ANDREW B. FASTOW AND MICHAEL J. KOPPER, Defendants. | § | CIVIL ACTION NO. H-05-1917 (Adversary Proceeding, No. 04-03565-saf) |

**ORDER OF COORDINATION**

Pursuant to the transfer order from the Panel on Multidistrict Litigation in the transferred adversary proceeding now designated H-05-1917 (#17), the Court

ORDERS that H-05-1917 is hereby COORDINATED with proceedings in lead case H-01-3624, *Newby, et al. v. Enron Corp., et al.*

**SIGNED** at Houston, Texas, this 7th day of June, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE