United States Courts
Southern District of Texas
FILED

OCT 1 7 2005 BD

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION, | MDL 1446 |
| MARK NEWBY, ET AL. *Plaintiffs,* v. ENRON CORPORATION, ET AL., *Defendants.* | Civil Action No. H-01-3624 AND COORDINATED AND CONSOLIDATED CASES |
| UNICREDITO ITALIANO SPA AND BANK POLSKA KASA OPIEKI SA, *Plaintiffs,* v. J.P. MORGAN CHASE BANK, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES INC., CITIBANK, N.A., CITIGROUP, INC. AND SALOMON SMITH BARNEY, INC., *Defendants.* | Civil Action No. H-04-0324 |

**RESPONSE OF PLAINTIFFS UNICREDITO ITALIANO SPA AND BANK POLSKA KASA OPIEKI SA TO (1) DEFENDANTS' MOTION WITH RESPECT TO EXPERT DISCOVERY AND CROSS-MOTION FOR MODIFIED EXPERT DISCOVERY SCHEDULE AND EXPEDITED CONSIDERATION AND (2) THE MOTION OF THE F&A PLAINTIFFS FOR CLARIFICATION OF THE COURT'S SCHEDULING ORDER AS IT PERTAINS TO PRIVATE ACTION PLAINTIFFS (INSTRUMENT NO. 3888 IN *NEWBY*)**

Plaintiffs UniCredito Italiano, SpA and Bank Polska Kasa Opieki, SA (collectively, the "UniCredito Plaintiffs") respectfully submit this response in connection with the Motions of Defendants With Respect to Expert Discovery and the Motion of the F&A Plaintiffs for Clarification of the Court's Scheduling Order As it Pertains To Private Action Plaintiffs (Instrument No. 3888 in *Newby*). For the reasons set forth below, the UniCredito Plaintiffs respectfully propose a schedule by which all Private Action Plaintiffs (referred to in the annexed

proposed order as "Coordinated and Consolidated Cases Plaintiffs") submit their initial expert reports by March 15, 2006; defendants their expert reports 45 days later, on April 28, 2006; and rebuttal experts 30 days thereafter, on May 29, 2006; with all expert discovery to be concluded by June 30, 2006.

**ARGUMENT**

Having participated in discussions with counsel for the Private Action Plaintiffs group concerning the timing of expert discovery, we understand that many if not most of such counsel will be proposing a June 1, 2006 date for submission of plaintiffs' initial expert reports. We respectfully believe that such an extension is too long, even though it is not as objectionable as the open-ended deadline proposed in Defendants' Motion with Respect to Expert Discovery, dated September 27, 2005, which seeks to fix the deadline as the later of June 1, 2006 or six months after a class certification decision in *Newby* or *Tittle*. Even in those Private Action Plaintiff cases in which no answer has yet been filed, it should be evident what the primary issues requiring expert testimony are. The provision for rebuttal experts, moreover, provides flexibility to address issues that might arise later in the proceedings. After years of fact discovery conducted under an established timetable, there is no compelling need to prolong the coordinated and consolidated proceedings by five months or more.

At the same time, we recognize that it may be appropriate and necessary for the Court to fix a single set of deadlines for submission of expert reports in all the Private Action Plaintiff cases. Although we understand that at least two of the Private Action Plaintiffs will ask the Court to keep to the January 3, 2006 date presently in effect for the *Newby* and *Tittle* cases, we believe that a modest extension of that date would be an appropriate and practical alternative, in the interests of all concerned, who are -- or should be -- eager to see an end to these protracted

proceedings. Accordingly, we suggest the timetable set forth in the accompanying proposed order, with initial expert reports for Private Action Plaintiffs to be submitted on March 15, 2006.

We do not express a view as to the other provisions of the expert discovery scheduling order proposed by Defendants, and accordingly the accompanying proposed order is limited to the scheduling provisions. We join in the request that the Court consider this motion on an expedited basis, so that all parties will have clarity as to the applicable discovery deadlines and may plan accordingly.

Dated: New York, New York
October 17, 2005

Respectfully submitted,

ARNOLD & PORTER LLP

By: Charles G. Berry (LBH - by permission)
Charles G. Berry (CB2589), *Pro Hac Vice*
Robert A. Goodman (RG 5026), *Pro Hac Vice*
399 Park Avenue
New York NY 10022-4690
(212) 715-1000 (Telephone)
(212) 715-1399 (Facsimile)

ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.
Thomas J. Elliott (TE 6878)
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000

JOHNSON, SPALDING, DOYLE, WEST
& TRENT, L.L.P.
Brian P. Johnson
Federal I.D. No. 3717
910 Travis Street, Suite 1700
Houston, TX 77002
(713) 222-2323 (Telephone)
(713) 222-2226 (Facsimile)

*Attorneys for Plaintiffs UniCredito Italiano, SpA and Bank Pekao*

**CERTIFICATE OF SERVICE**

I, Brian Traficante, the undersigned, respectfully show that I caused the above and foregoing to be served on all counsel of record on the 17th day of October, 2005, via posting it to www.esl3624.com.

Brian Traficante (LBH - by permission)
Brian Traficante