IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Enron Corporation Securities, Derivative & "ERISA" Litigation | § § § § | MDL-1446 |
| MARK NEWBY, ET AL., Plaintiffs VS. ENRON CORPORATION, ET AL., Defendants | § § § § § § § § § | CIVIL ACTION NO. H-01-3624 CONSOLIDATED CASES |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, Plaintiffs, VS. KENNETH L. LAY, et al., Defendants. | § § § § § § § § § § § § § | |
| WESTPAC BANKING CORPORATION, Plaintiff, VS. CITIBANK, NA, Defendant. | § § § § § § § § § § | CIVIL ACTION NO. H-06-1785 |

**ORDER OF COORDINATION**

Pursuant to the transfer order of the Judicial Panel on Multidistrict Litigation for pretrial inclusion of *Westpac Banking Corporation v. Citibank, N.A.* in MDL 1446, the Court

ORDERS that H-06-1785 is hereby COORDINATED with *Newby, et al. v. Enron Corporation, et al.*, H-01-3624.

**SIGNED** at Houston, Texas, this 7th day of June, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE