UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION § § § § | MDL Docket No. 1446 |
| This Document Relates To: § § | |
| MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, § § § | Civil Action No. H-01-3624 **(Consolidated)** |
| Plaintiffs, § § § | CLASS ACTION |
| vs. § § | |
| ENRON CORP., et al., § § | |
| Defendants. § § | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., Individually and On Behalf of All Others Similarly Situated, § § § § | |
| Plaintiffs, § § | |
| vs. § § | |
| KENNETH L. LAY, et al., § § § | |
| Defendants. § § | |

[Caption continued on next page]

**OPPOSITION OF BANK DEFENDANTS TO THIRD-PARTY DEFENDANT
MICHAEL KRAUTZ' MOTION FOR LEAVE TO TAKE FACT DEPOSITIONS**
(Instrument No. 4524)

| | |
|---|---|
| PAMELA M. TITTLE, *et al.*, § § § Plaintiffs, § § vs. § § ENRON CORP., et al., § § Defendants. § § | Civil Action No. H-01-3913 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENRON CORP., § § § Plaintiffs, § § vs. § § ANDREW S. FASTOW, MICHAEL J. KOPPER, BEN GLISAN, JR., RICHARD B. BUY, RICHARD A. CAUSEY, JEFFREY K. SKILLING, KENNETH L. LAY, JEFFREY McMAHON, JAMES V. DERRICK, JR., KRISTINA M. MORDAUNT, KATHY LYNN, ANNE YAEGER-PATEL, ARTHUR ANDERSEN, LLP, AND CARL FASTOW, AS ADMINISTRATOR OF THE FASTOW FAMILY FOUNDATION, § § § Defendants. § § | Civil Action No. H-04-0091 |

[Caption continued on next page]

2

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF THE § <br> UNITED STATES DEPARTMENT OF LABOR, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> ENRON CORP., et al., § <br> § <br> Defendants. § <br> § | Civil Action No. H-03-2257 <br> (Consolidated with H-01-3913) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
:
In re:                                              :    Chapter 11
:    No. 01-16034(AJG)
    ENRON CORP., *et al.*                 :
:    Jointly Administered
            Debtors.              :
——————————————————— x
:
ENRON CORP., *et al.*                       :
:
            Plaintiffs,         :
:    Adversary Proceeding
        v.                                          :    No. 03-09266 (AJG)
:
CITIGROUP INC., *et al.*                  :
:
            Defendants.      :
——————————————————— x

3

## OPPOSITION OF THE BANK DEFENDANTS TO THIRD-PARTY DEFENDANT MICHAEL KRAUTZ' MOTION FOR LEAVE TO TAKE FACT DEPOSITIONS (INSTRUMENT NO. 4524)

The undersigned defendants (collectively the "Bank Defendants")[1] respectfully submit this Opposition to Third-Party Defendant Michael Krautz' Motion for Leave to Take Fact Depositions (Instrument No. 4524) pursuant to the Court's Order relating to Third-Party Michael Krautz' leave to take fact depositions (Instrument No. 4747). Michael Krautz ("Krautz") was added to *Newby v. Enron Corp.*, No. H-01-3624 (S.D. Tex) pursuant to certain Bank Defendants' Cross-Claims and Third-Party Complaint for Contribution and Indemnification ("Third-Party Complaint"), with which he was served on July 28, 2005. Pursuant to this Court's Amended Deposition Protocol

---

[1] This opposition is submitted on behalf of defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities Inc., Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc. (formerly Salomon Smith Barney Inc.), Citigroup Global Markets Ltd. (formerly known as Salomon Brothers International Limited), Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Credit Suisse First Boston LLC (n/k/a Credit Suisse Securities (USA) LLC), Credit Suisse First Boston (USA), Inc. (n/k/a Credit Suisse (USA) Inc.), Pershing LLC, Merrill, Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Canadian Imperial Bank of Commerce, CIBC World Markets Corp., CIBC World Markets plc, Toronto Dominion Bank, Toronto Dominion Holdings (USA), Inc., TD Securities, Inc., TD Securities (USA) Inc., Toronto Dominion (Texas) Inc., Deutsche Bank AG, Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, Lehman Brothers Holdings Inc., Lehman Brothers Inc., Lehman Commercial Paper Inc., The Royal Bank Of Scotland Group plc, The Royal Bank of Scotland plc, National Westminster Bank Plc, Greenwich Natwest Structured Finance, Inc., and Greenwich Natwest Ltd., Campsie Ltd. Certain of the bank defendants who join in this motion—namely, Royal Bank of Scotland and Toronto Dominion Bank, and their respective affiliates—are covered by the stay of discovery under the Private Securities Litigation Reform Act (15 U.S.C. Sec. 78u-4(b)(3)(B)), and join here without waiving any rights with respect to that stay.

Order, entered December 23, 2004, fact discovery in the consolidated and coordinated Enron-related cases ended on November 30, 2005 -- four months after Krautz received notice that he was added as a party to *Newby*. Krautz tried to reopen fact discovery more than three months after it ended, and did not even identify four of the five witnesses whose depositions he now seeks. Krautz was given the opportunity to participate in the fact discovery process, and Krautz' failure to avail himself fully of this opportunity should not grant him exception from this Court's deadlines.

As of July 28, 2005, the deposition schedule was far from set in stone. Deposition Cycle 13 of 16[2] had not yet begun, and Krautz still had the opportunity to nominate witnesses for deposition. Deposition Scheduling Committee members sent hundreds of emails to coordinate the rapidly changing deposition schedule between July 28, 2005 and the close of fact discovery, adding, rescheduling, and removing numerous witnesses in those final months. For example, the following witnesses, who had not been nominated until August 18, 2005, nevertheless were deposed during the Court-ordered fact discovery period: Peggy Capomaggi, deposed on November 21, 2005; Michael Heim, deposed on November 14, 2005; Paul Tice, deposed on November 17, 2005; Edward Tirello, deposed on November 15, 2005; a Lehman 30(b)(6) relating to Dynegy Merger Negotiations, deposed on November 3-4, 2005; and a Principal Global 30(b)(6) relating to topics involving Osprey and Whitewing, deposed on November 16, 2005.

---

[2]  Cycle 16 was an abbreviated Cycle, consisting of two and a half weeks rather than the standard four weeks.

5

Krautz had the opportunity to participate in fact discovery in accordance with the Deposition Protocol Order.

Krautz' claim that he is entitled to fact discovery on his own terms because he did not accomplish what he wanted to during fact discovery is unpersuasive. As chronicled in the Bank Defendants' Sixth Quarterly Report to the Courts on the Progress of the Deposition Process, the fact discovery period was fraught with many problems not adequately remedied throughout its eighteen-month course. The Bank Defendants nevertheless took as many depositions as they could under the applicable rules prior to conclusion of fact discovery. Krautz undoubtedly is not alone in the desire to take additional depositions – over 450 witnesses were nominated but not deposed during the course of fact discovery. This Court set a fact discovery deadline, and one party's inability to take all of the depositions it would like does not change this fact.

Accordingly, the Bank Defendants respectfully request that this Court deny Krautz' Motion for Leave to Take Fact Depositions.

Dated: June 14, 2006

Respectfully submitted,

By: /s/ Richard Mithoff
*by permission*
/s/ NH

Richard Warren Mithoff
Texas Bar No. 14228500
Janie L. Jordan
Texas Bar No. 11012700
MITHOFF LAW FIRM
One Allen Center, Penthouse
500 Dallas Street, Suite 3450
Houston, Texas 77002
Telephone: (713) 654-1122
Facsimile: (713) 739-8085

OF COUNSEL:

Bruce D. Angiolillo
Thomas C. Rice
David J. Woll
Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Charles A. Gall
Texas Bar No. 07281500
James W. Bowen
Texas Bar No. 02723305
JENKENS & GILCHRIST,
A Professional Corporation
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Telephone: (214) 855-4500
Facsimile: (214) 855-4300

ATTORNEYS FOR JPMORGAN CHASE &
CO., JPMORGAN CHASE BANK, N.A., J.P.
MORGAN SECURITIES INC.

7

By: _Jacalyn Scott_ *by permission*
    Jacalyn D Scott    NAS
    Texas Bar No. 17899900
    WILSHIRE SCOTT & DYER P.C.
    3000 One Houston Center
    1221 McKinney Street
    Houston, Texas 77010
    (713) 651-1221
    (713) 651-0020 (Facsimile)

    Brad S. Karp
    Stephen J. Shimshak
    Douglas R. Davis
    Michael E. Gertzman
    Claudia L. Hammerman
    Jonathan H. Hurwitz
    PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone:  (212) 373-3000
    Telecopier:  (212) 757-3990

    ATTORNEYS FOR DEFENDANTS
    CITIGROUP INC., CITIBANK INC.,
    CITIBANK N.A., CITIGROUP GLOBAL
    MARKETS INC. (F/K/A SALOMON
    SMITH BARNEY INC.), CITIGROUP
    GLOBAL MARKETS LTD. (F/K/A
    SALOMON BROTHERS
    INTERNATIONAL LIMITED)

By: /s/ Barry Abrams
Barry Abrams
Texas Bar No. 00822700
ABRAMS SCOTT & BICKLEY, LLP
700 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605

by permission
• NKS

OF COUNSEL:

David H. Braff
Michael T. Tomaino, Jr.
Jeffrey T. Scott
Steven J. Purcell
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
(212) 558-3588 (Facsimile)

ATTORNEYS FOR DEFENDANTS
BARCLAYS PLC, BARCLAYS BANK
PLC, BARCLAYS CAPITAL INC.

By: /s/ Mark Manela *by permission MHS*

Mark D. Manela
Texas Bar No. 12894500
S.D. Texas I.D. No. 01821
MAYER, BROWN ROWE & MAW LLP
700 Louisiana, Suite 3600
Houston, Texas 77002
(713) 547-9630
(713) 632-1848 (Facsimile)

OF COUNSEL:

Alan N. Salpeter
Michele Odorizzi
T. Mark McLaughlin
MAYER, BROWN ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 (Facsimile)

Drew Neville, Jr.
Charles E. Geister III
HARTZOG CONGER CASON & NEVILLE
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7000
Facsimile: (405) 996-3403

ATTORNEYS FOR CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS PLC, CIBC WORLD MARKETS CORP.

10

By: *Lawrence Finder* *by permission*
  Lawrence D. Finder                    /s/ NAS
  Texas Bar No. 07007200
  Odean L. Volker
  Texas Bar No. 20607715
  HAYNES AND BOONE, LLP
  1221 McKinney Street, Suite 2100
  Houston, Texas 77010
  Telephone: (713) 547-2000
  Facsimile: (713) 547-2600

OF COUNSEL:

Richard W. Clary
Julie A. North
Darin P. McAtee
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

George W. Bramblett, Jr.
Texas Bar No. 02867000
Noel M.B. Hensley
Texas Bar No. 09491400
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

ATTORNEYS FOR CREDIT SUISSE FIRST BOSTON (USA), INC. (N/K/A CREDIT SUISSE (USA), INC.), CREDIT SUISSE FIRST BOSTON LLC (N/K/A CREDIT SUISSE SECURITIES (USA) LLC), PERSHING LLC

11

By: /s/ Joel Androphy (by permission NAS)
Joel M. Androphy
State Bar No. 01254700
Federal ID No. 1410
BERG & ANDROPHY
3704 Travis Street
Houston, Texas 77002-9550
(713) 529-5622
(713) 529-3785 - Facsimile

OF COUNSEL:

Lawrence Byrne
Owen C. Pell
Lance Croffoot-Suede
Joseph B. Schmit
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
(212) 354-8113 (Facsimile)

ATTORNEYS FOR DEFENDANT
DEUTSCHE BANK AG, DEUTSCHE
BANK SECURITIES INC.,
DEUTSCHEBANK TRUST COMPANY
AMERICAS

By: *James Doyle*  *by permission NAS*
James Eloi Doyle
Texas Bar No. 06093500
Federal Bar No. 4848
Federal Bar No. 2822
DOYLE, RESTREPO, HARVIN &
ROBBINS, L.L.P.
600 Travis, Suite 4700
Houston, Texas 77002
Telephone: (713) 228-5100
Facsimile: (713) 228-6138
E-mail: jdoyle@drhrlaw.com

OF COUNSEL:

Robert Plotkin
MCGUIRE WOODS LLP
1050 Connecticut Ave., N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 857-1750
Facsimile: (202) 857-1737


ATTORNEYS FOR DEFENDANTS THE
TORONTO-DOMINION BANK,
TORONTO-DOMINION HOLDINGS
(U.S.A.), TD SECURITIES, INC., TD
SECURITIES (USA) INC., TORONTO-
DOMINION (TEXAS), INC.

By: _____Taylor Hicks_____  *by permission NAS*
Taylor M. Hicks
Texas Bar No. 09585000
Southern District I.D. No. 3079
Stephen M. Loftin
Texas Bar No. 12489510
Southern District I.D. No. 12676
HICKS THOMAS & LILIENSTERN, LLP
700 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

OF COUNSEL:

James D. Miller
Ignatius A. Grande
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

Herbert S. Washer
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
Telephone: 212-848-4000
Facsimile: 212-848-7179

Robert F. Serio
Marshall R. King
James L. Hallowell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

COUNSEL FOR DEFENDANTS
MERRILL LYNCH & CO., INC.,
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED

14

By: /s/ David Miller *by permission NAS*
David E. Miller
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Tel: 832-239-3939
Fax: 832-239-3600

OF COUNSEL:

John M. Newman, Jr.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44144
Telephone: (216) 586-7207
Facsimile: (216) 579-0212

ATTORNEYS FOR THE ROYAL BANK
OF SCOTLAND GROUP PLC, THE
ROYAL BANK OF SCOTLAND PLC,
NATIONAL WESTMINSTER BANK PLC,
GREENWICH NATWEST STRUCTURED
FINANCE, INC., GREENWICH
NATWEST LTD., CAMPSIE LTD.

By: _____Hugh Whiting_____
    Hugh R. Whiting    *by permission*
    Texas Bar No. 21373500    *NAS*
    S.D. Admission No. 30188
    JONES DAY
    717 Texas Avenue, Suite 3300
    Houston, TX  77002-2712
    Telephone: (832) 239-3939
    Facsimile:  (832) 239-3600

OF COUNSEL:
David L. Carden
Robert C. Micheletto
JONES DAY
222 E. 41 Street
New York, NY  10017-6702
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306

ATTORNEYS FOR DEFENDANTS
LEHMAN BROTHERS HOLDINGS INC.,
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC.