**COURTROOM MINUTES**
JUDGE **MELINDA HARMON** PRESIDING    Numbers 4128
COURTROOM CLERK **Helen Tippen**
COURT REPORTER **Cher Barron**
LAW CLERK: **Nancy Benjamin**
MORNING ____        AFTERNOON **1:40**
SESSION ____        SESSION **2:14**        DATE: **July 24, 2006**

************************************************************
                    CIVIL ACTION NO: **MDL - 1446**
                                **APPEARANCES:**
IN RE ENRON CORP. SECURITIES,       See Attached For Appearances
LITIGATION

************************************************************

                    CIVIL ACTION NO: **01-3913**
                                **APPEARANCES:**
PAMELA TITTLE, et al.               See Attached for Appearances
Vs.
ENRON CORP., et al.                 See Attached for Appearances

************************************************************

(MH) **FINAL APPROVAL HEARING**                Rptr- **(Cher Barron)**
Final Settlement Hearing held as to Tittle Plaintiffs' Motion and Memorandum in Support of Final Approval of Partial Settlement With Northern Trust and for Reserves for Attorneys' Fees and Litigation Expenses (No. 1210) Issues on settlement presented to the Court by Lynn Sarko for Tittle Plaintiffs. Mr. Sarko also advised the Court of Pltf's intent to file a motion for substitution as to the estate and Lay and also a motion for a R.16 Scheduling Conference to be filed. ORDER OF Final Judgment and Dismissal and AMENDED FINAL ORDER Approving An Award Of Attorneys' Fees, Reimbursement of Expenses, and an Incentive Award to the Class Representatives executed on the record.
************************************************************
**Adjourned**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PAMELA TITTLE, ET AL.        }
                             }
vs.                          }      CIVIL ACTION NO. H-01-3913
                             }
ENRON CORPORATION, et al.    }

**Final Approval Hearing**
**Monday, July 24, 2006 at 1:30 p.m.**

**_SIGN-IN SHEET_**

**_PLEASE PRINT_**

| ATTORNEY | REPRESENTED PARTY |
|---|---|
| Britt L. Tingham | Tittle Class |
| Clyde A. Platt | Tittle Class |
| Lynn Sarko | Tittle Class |
| Robbin Harrison | Tittle Class |
| Gary Gotto | Tittle Class |
| Ron Kilgard | Tittle Class |
| Justin Campbell | Tittle Class |
| Linda Addison | Northern Trust |
| Richard Wilson | Northern Trust |