```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

| | | |
|---|---|---|
| IN RE ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION | § § § | MDL 1446 |
| MARK NEWBY, ET AL., Plaintiffs, VS. ENRON CORPORATION, ET AL., Defendants. | § § § § § § § § § | CIVIL ACTION NO. H-01-3624 AND CONSOLIDATED CASES |
| UNICREDITO ITALIANO SPA and BANK POLSKA KASA OPIEKI SA, Plaintiffs, VS. J.P. MORGAN CHASE BANK, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., CITIBANK, N.A., CITIGROUP, INC., AND SALOMON SMITH BARNEY, INC., Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. H-04-0324 |

**<u>RECOMMENDATION OF REMAND</u>**

**<u>TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</u>**

Pursuant to the Opinion and Order issued on this day, *inter alia* granting Plaintiffs Unicredito Italiano SpA and Bank Polska Kasa Opieki's motion for recommendation of remand (#158) of H-04-0324, the Court

**RECOMMENDS**, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, that

the Panel remand H-04-0324 to the United States District Court for the Southern District of New York.  The Court further

ORDERS that a copy of not only this order, but the Opinion and Order of this day, be sent to the Panel by the Clerk of the Court.

**SIGNED** at Houston, Texas, this 10th day of December, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE