IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § § § § | MDL 1446 |
| MARK NEWBY, *et al.*, | § § § § | Civil Action No. H-01-3624 (Consolidated) |
| Plaintiffs, | § § | |
| vs. | § § | |
| ENRON CORP., *et al.*, Defendants. | § § § § | |
| This Document Relates To: | § § | |
| PAUL OKOMO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-03-3508 (Coordinated) |
| BANC OF AMERICA SECURITIES LLC, *et al.*, Defendants. | § § § § § § | |

**▓▓▓▓▓▓▓ ORDER DISMISSING CLAIMS WITH PREJUDICE
AND WITHOUT COSTS OR ATTORNEY FEES**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), and the Notice of Dismissal filed by Plaintiff Paul Okomo ("Plaintiff"), all claims are dismissed against the following defendants with prejudice and without costs or attorney fees to any party: Robert Belfer; Norman Blake; Ronnie Chan; John Duncan; Paulo Ferraz Pereira; Joe Foy; Wendy Gramm; Ken L. Harrison; Robert Jaedicke; Charles LeMaistre; Rebecca Mark-Jusbasche; John Mendelsohn; Jerome Meyer; Frank Savage; John Urquhart; John Wakeham; Charls Walker; Bruce Willison; and Herbert Winokur.

SIGNED at Houston, Texas this 19th day of May, 2009.

_____
HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

-1-