IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | § § § § | MDL 1446 |
| MARK NEWBY, et al., | § § § § | Civil Action No. H-01-3624 (Consolidated) |
| Plaintiffs, | § § | |
| vs. | § § | |
| ENRON CORP., et al., Defendants. | § § § § | |

**ORDER REVOKING PAUL OKOMO'S REQUEST FOR EXCLUSION FROM *NEWBY* SETTLEMENT CLASSES**

Upon consideration of Paul Okomo's Unopposed Motion to Revoke His Request for Exclusion from *Newby* Settlement Classes, the Court finds that his motion should be GRANTED.

IT IS THEREFORE ORDERED that the request for exclusion from the *Newby* Settlement Classes of Okomo's unopposed motion are hereby REVOKED and he is therefore considered and deemed *Newby* class members.

IT IS SO ORDERED, this 19th day of May 2009.

Melinda Harmon
United States District Judge